UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 18-548-MWF(SKx)**                                    Dated: **March 7, 2018**

Title:       Jitrade -*v*- Wall Street Fashion Corp., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

  Rita Sanchez                None Present
  Courtroom Deputy            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present               None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

  In light of the Default By Clerk [14] entered on February 26, 2018, the Court sets a hearing for Order To Show Cause Re Default Judgment as to Wall Street Fashion Corp. and Mehdi Jazeb for April 9, 2018 at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

  Any Motion for default judgment must comply with the Court's Procedures and Schedules.  *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

  IT IS SO ORDERED.

MINUTES FORM 90                         Initials of Deputy Clerk  rs
CIVIL - GEN

-1-