JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC. a California Corporation<br><br>        Plaintiff,<br><br>vs.<br><br>WALL STREET FASHION CORP., a California Corporation; MEHDI JAZEB, an individual; GOOD CLOTHING INC., a California Corporation d/b/a GS LOVE; HYE SUN KIM, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: 2:18-cv-00548-MWF-SK<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Michael W. Fitzgerald* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: April 2, 2018

_____
The Honorable Michael W. Fitzgerald
United Stated District Court Judge

[PROPOSED] ORDER